# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 13-7087** | **September Term, 2012** |
| | 1:10-cv-01929-BJR-DAR |
| | Filed On: August 20, 2013 [1452481] |

Embassy of the Federal Republic of Nigeria,

      Appellee

    v.

ECU Associates, P.C.,

      Appellant

Ephraim Emeka Ugwuonye, et al.,

      Appellees

### O R D E R

By order filed June 19, 2013, appellant was directed to file the $455 appellate docket and filing fees, and to show cause why the appeal should not be dismissed for lack of jurisdiction. To date, no response from the appellant has been received by this court. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by September 19, 2013.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                      BY:    /s/
                               Jennifer M. Clark
                               Deputy Clerk